IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ELKINS**                                                                                    **PLAINTIFF**

v.                                    CASE NO. 4:21-CV-00481-BSM

**RICHARD WEBBER, II**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE